FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK ATANACIO VASQUEZ<br><br>Defendant. | CR 18-93-SVW<br><br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b)):<br>(Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of ~~pretrial~~ release and warrant for arrest issued by [Judge SVW].

B.

The court finds there is

(1)

    (A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) (✓) Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)

    (A)   ( )   Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)   (✓)   The person is unlikely to abide by any condition or combination of conditions of release.

    and/or, in the event of (1)(A)

(3)   ( )   There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

or

(4)   ( )   The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

    ( )   It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

or

C.

✓ IT IS ORDERED defendant be detained ~~prior to trial~~ to commence service of his sentence in this action.

DATED: 10/23/18

_____
U.S. MAGISTRATE/~~DISTRIC~~T JUDGE

PAUL L. ABRAMS

[11/04]